# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

| | |
|---|---|
| STATE OF MARYLAND, *et al.*, | * |
| *Plaintiffs-Appellees*, | * |
| v. | * |
| | No. 25-1248 |
| UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*, | * |
| | * |
| *Defendants-Appellants*. | * |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \*

## OPPOSITION TO REQUEST FOR
## IMMEDIATE ADMINISTRATIVE STAY

Plaintiffs-Appellees—a coalition of 19 States and the District of Columbia ("the States")—oppose Defendants-Appellants' ("the Agencies") motion for an administrative stay for the following reasons.

First, an administrative stay is unnecessary to enable the Court to swiftly resolve the pending substantive motion for a stay of the district court's temporary restraining order ("TRO"). The States are prepared to file their opposition to the stay motion no later than Wednesday, March 19, at 5:00 p.m. (or any deadline set by this Court, if a briefing schedule is issued).

Second, no urgent circumstances require an immediate administrative stay. Having waited four days since the district court issued its TRO, the Agencies now

seek to administratively stay the temporary order in its entirety. This request comes *after* the district court's 1:00 p.m. deadline for the Agencies to reinstate all terminated probationary employees. (ECF 44 ¶ 3.) Had the Agencies required immediate relief, they could have requested it on Friday, over the weekend, or at any point before the compliance deadline passed. They did not. Accordingly, there is no reason to enter a temporary administrative stay now.

Third, an administrative stay would disrupt rather than preserve the status quo, which is the "last uncontested status between the parties which preceded the controversy." *League of Women Voters of N.C. v. North Carolina*, 769 F.3d 224, 236 (4th Cir. 2014). Here, the district court's order maintains the status quo between the parties by (1) temporarily restraining the Agencies from continuing their string of unlawful mass firings; and (2) temporarily reinstating the terminated probationary employees. And at this point, the States have received word from declarants who supplied statements to the district court that multiple employees in the affected agencies have been offered reinstatement. Indeed, the Agencies represented to the district court that they have "worked diligently . . . to comply with [the TRO] requirements on the deadline established by this Court," and would continue doing so "up to and including the 1pm compliance deadline" of today, March 17, 2025. (ECF 49, at 1–2.) Thus, there is every indication on the ground that the Agencies both can comply and are working to do so. Granting an administrative stay now

would only stall that progress and sow confusion. *See American Fed'n of Gov't Emps., AFL-CIO v. Office of Personnel Mgmt.*, No. 25-1677 (9th Cir. March 17, 2025), ECF 14.1 (denying emergency motion for an administrative stay because "it would disrupt the status quo and turn it on its head").

Fourth, an administrative stay would be particularly inappropriate in the context of this appeal because TROs are generally not appealable—and hence this Court lacks jurisdiction over the underlying appeal. *See Drudge v. McKernon*, 482 F.2d 1375, 1376 (4th Cir. 1973) ("[W]e are aware of [no authority], that, as a general rule, the granting . . . of a motion for a temporary restraining order is an appealable order."); *U.S. Dep't of Lab. v. Wolf Run Mining Co.*, 452 F.3d 275, 281 n.1 (4th Cir. 2006) (explaining that TROs are of short duration, unlike injunctions); *see also New York v. Trump*, No. 25-1138, 2025 WL 455494, at *1 (1st Cir. Feb. 11, 2025) (noting uncertainty about whether federal courts of appeals "have jurisdiction to consider [a] request for an administrative stay arising out of a temporary restraining order"). Indeed, the district court is working expeditiously to resolve this dispute, having set a briefing schedule for the States' forthcoming preliminary injunction motion and scheduling a hearing on that motion for March 26. (ECF 44 ¶ 7.) So even though the TRO is not appealable, an appealable order will likely be issued soon.

Lastly, an administrative stay is unwarranted because the record evidence and law overwhelmingly support the district court's decision to issue a TRO, as the

States' forthcoming opposition to the Agencies' motion for a stay pending appeal will explain in greater detail.

## CONCLUSION

The Court should deny the Agencies' request for an immediate administrative stay.

Respectfully submitted,

| | |
|---|---|
| KEITH ELLISON<br>Attorney General of Minnesota | ANTHONY G. BROWN<br>Attorney General of Maryland |
| LIZ KRAMER<br>Solicitor General | /s/ Virginia A. Williamson<br>ADAM KIRSCHNER<br>MICHAEL DREZNER |
| 445 Minnesota Street, Suite 1400<br>St. Paul, Minnesota 55101-2131<br>651-757-1059<br>651-282-5832 (facsimile)<br>liz.kramer@ag.state.mn.us | VIRGINIA A. WILLIAMSON<br>Assistant Attorneys General<br>Office of the Attorney General<br>200 St. Paul Place, 20th Floor<br>Baltimore, Maryland 21202<br>(410) 576-6584<br>(410) 576-6437 (facsimile)<br>vwilliamson@oag.state.md.us |
| Attorneys for the State of Minnesota | |
| | Attorneys for the State of Maryland |
| BRIAN SCHWALB<br>Attorney General of the District of Columbia | KRISTIN K. MAYES<br>Attorney General of Arizona |
| CAROLINE S. VAN ZILE<br>Solicitor General | HAYLEIGH S. CRAWFORD<br>Deputy Solicitor General<br>2005 North Central Avenue<br>Phoenix, Arizona 85004<br>(602) 542-3333 |
| ASHWIN P. PHATAK<br>Principal Deputy Solicitor General | Hayleigh.Crawford@azag.gov |

ANNE DENG
TESSA GELLERSON
CHRIS MENDEZ
MARK RUCCI
Assistant Attorneys General

ACL@azag.gov

Attorneys for the State of Arizona

Office of the Attorney General for
the District of Columbia
400 6th Street N.W., 10th Floor
Washington, D.C. 20001
(202) 724-6609
caroline.vanzile@dc.gov

Attorneys for the District of Columbia


ROB BONTA
Attorney General of California

SATOSHI YANAI
Senior Assistant Attorney General
MIRANDA MAISON
Supervising Deputy Attorney General
DEMIAN CAMACHO
Deputy Attorney General
California Department of Justice
600 W. Broadway, Suitae 1800
San Diego, CA 92101
(619) 738-9132
Demian.Camacho@doj.ca.gov

Attorneys for the State of California

PHIL WEISER
Attorney General of Colorado

DAVID MOSKOWITZ
Deputy Solicitor General
Office of the Colorado Attorney General
1300 Broadway, #10
Denver, CO 80203
(720) 508-6000
David.Moskowitz@coag.gov

Attorneys for the State of Colorado

| | |
|---|---|
| WILLIAM TONG<br>Attorney General of Connecticut<br><br>MICHAEL SKOLD<br>Solicitor General<br>165 Capitol Avenue<br>Hartford, CT 06106<br>Phone: (860) 808 5020<br>michael.skold@ct.gov<br><br>Attorneys for Connecticut | KATHLEEN JENNINGS<br>Attorney General of Delaware<br><br>IAN R. LISTON<br>Director of Impact Litigation<br><br>VANESSA L. KASSAB<br>Deputy Attorney General<br>Delaware Department of Justice<br>820 N. French Street<br>Wilmington, DE 19801<br>(302) 683-8899<br>vanessa.kassab@delaware.gov<br><br>Attorneys for Delaware |
| ANNE E. LOPEZ<br>Attorney General of Hawai'i<br><br>KALIKO'ONĀLANI D. FERNANDES<br>Solicitor General<br>425 Queen Street<br>Honolulu, HI 96813<br>(808) 586-1360<br>kaliko.d.fernandes@hawaii.gov<br><br>Attorneys for the State of Hawai'i | KWAME RAOUL<br>Attorney General of Illinois<br><br>JANE ELINOR NOTZ<br>Solicitor General<br><br>SARAH A. HUNGER<br>Deputy Solicitor General<br>Office of the Illinois Attorney General<br>115 South LaSalle Street<br>Chicago, Illinois 60603<br>(312) 814-5202<br>sarah.hunger@ilag.gov<br><br>Attorneys for the State of Illinois |
| ANDREA JOY CAMPBELL<br>Attorney General of Massachusetts<br><br>KATHERINE DIRKS<br>Chief State Trial Counsel<br>Office of the Attorney General<br>1 Ashburton Pl.<br>Boston, MA 02108 | DANA NESSEL<br>Attorney General of Michigan<br><br>BRYAN DAVIS, JR.<br>DEBBIE TAYLOR<br>Assistant Attorneys General<br>Department of Attorney General<br>Labor Division |

617.963.2277
katherine.dirks@mass.gov

Attorneys for the Commonwealth of Massachusetts

3030 W. Grand Blvd., Ste. 9-600
Detroit, MI 48202
davisb47@michigan.gov
taylord8@michigan.gov
(313) 456-2200

Attorneys for the State of Michigan

AARON D. FORD
Attorney General of Nevada

HEIDI PARRY STERN
Solicitor General
Office of the Nevada Attorney General
1 State of Nevada Way, Ste. 100
Las Vegas, NV 89119
HStern@ag.nv.gov

Attorneys for the State of Nevada

MATTHEW J. PLATKIN
Attorney General of New Jersey

NATHANIEL LEVY
Deputy Attorney General
25 Market Street
Trenton, NJ 08625
Phone: (862) 350-5800
Nathaniel.Levy@njoag.gov

Attorneys for the State of New Jersey

RAÚL TORREZ
Attorney General of New Mexico

ANJANA SAMANT
Deputy Counsel for Impact Litigation
New Mexico Department of Justice
408 Galisteo St.
Santa Fe, NM 87501
(505) 490-4060
asamant@nmdoj.gov

Attorneys for the State of New Mexico

LETITIA JAMES
Attorney General of New York

MARK S. GRUBE
Senior Assistant Solicitor General
New York Office of the Attorney General
28 Liberty St.
New York, NY 10005
(212-) 416-8028
mark.grube@ag.ny.gov

Attorneys for the State of New York

DAN RAYFIELD
Attorney General of Oregon

STACY M. CHAFFIN
Senior Assistant Attorney General

PETER F. NERONHA
Attorney General of Rhode Island

NATALYA A. BUCKLER
Assistant Attorney General

1162 Court Street NE  
Salem, OR 97301  
Stacy.Chaffin@doj.oregon.gov  

Attorneys for the State of Oregon  


CHARITY R. CLARK  
Attorney General of Vermont  

JONATHAN T. ROSE  
Solicitor General  
109 State Street  
Montpelier, VT 05609  
(802) 828-3171  
Jonathan.rose@vermont.gov  

Attorneys for the State of Vermont  


150 South Main Street  
Providence, RI 02903  
(401) 274-4400, Ext. 2022  
nbuckler@riag.ri.gov  

Attorneys for the State of Rhode Island  


JOSHUA L. KAUL  
Attorney General of Wisconsin  

BRIAN P. KEENAN  
Assistant Attorney General  
Wisconsin Department of Justice  
Post Office Box 7857  
Madison, Wisconsin 53707-7857  
(608) 266-0020  
(608) 294-2907 (Fax)  
keenanbp@doj.state.wi.us  

Attorneys for the State of Wisconsin

March 17, 2025

**CERTIFICATE OF SERVICE**

I certify that on this 17th day of March 2025, the foregoing Opposition to Request for Immediate Administrative Stay was filed electronically and served on counsel of record who are registered CM/ECF users.

                                              /s/ *Virginia A. Williamson*
                                              Virginia A. Williamson