# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT
1100 East Main Street, Suite 501, Richmond, Virginia 23219

April 4, 2025

_____

RESPONSE REQUESTED

_____

No. 25-1248 (L), State of Maryland v. USDA
        1:25-cv-00748-JKB

TO:     State of Illinois
           State of New Jersey
           State of Massachusetts
           State of New York
           State of Delaware
           State of Michigan
           State of Oregon
           State of New Mexico
           State of Nevada
           State of Maryland
           State of California
           State of Colorado
           State of Wisconsin
           State of Rhode Island
           District of Columbia
           State of Connecticut
           State of Arizona
           State of Hawaii
           State of Minnesota
           State of Vermont

RESPONSE DUE: 04/07/2025 by 9:00 a.m.

Response is required to the motion for stay pending appeal on or before 04/07/2025 by 9:00 a.m.