# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

| | |
|---|---|
| STATE OF MARYLAND, *et al.*, | * |
| *Plaintiffs-Appellees*, | * |
| v. | * |
| | Nos. 25-1248, 25-1338 |
| UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*, | * |
| | * |
| *Defendants-Appellants*. | * |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## APPELLEES' EMERGENCY MOTION FOR ADMINISTRATIVE STAY

Appellees ("the States") move for an emergency administrative stay of this Court's Order, Docket No. 42, dated today, April 9, 2025, pending resolution of the States' forthcoming petition for rehearing en banc, to be filed no later than 5 p.m. Friday, April 11, 2025. Appellant Agencies oppose this motion.

Rehearing en banc is appropriate because, among other reasons, this case concerns a matter of exceptional importance: whether 20 federal agencies injured 19 States and the District of Columbia through the sudden and unlawful mass layoff of thousands of federal probationary employees without the 60-day advance notice required by federal law, and whether the Agencies should be permitted to resume their unlawful conduct while this case is pending. *See* Loc. R. 40(2)(D). The

question of whether the States have standing to seek redress is of vital importance and merits review by the full court.

If the status quo is not preserved through an immediate administrative stay, the Agencies will likely terminate thousands of probationary employees once again while the en banc court considers the States' petition. Allowing mass firings to go forward in this manner will cause chaos in, and significant injury to, the States. These unrecoverable costs and irreparable injuries include (1) expenses imposed on state rapid-response teams; (2) a surge in unemployment claims, often requiring exhaustive investigations; (3) disruption and damage to state programs depending on federal workers; and (4) financial harms from decreased tax revenue and increased reliance on state social service programs. (*See* ECF No. 125, at 9-16.)

The States accordingly seek a brief administrative stay from the panel pending disposition of their petition for rehearing en banc. Such a stay would preserve the status quo during the pendency of the States' petition and thus would appropriately prevent the potential whipsaw effect of differing court decisions in a short period of time.

Respectfully submitted,

<table>
<tr><td>

KEITH ELLISON  
Attorney General of Minnesota

LIZ KRAMER  
Solicitor General  
445 Minnesota Street, Suite 1400  
St. Paul, Minnesota 55101-2131  
(651) 757-1059  
(651) 282-5832 (facsimile)  
liz.kramer@ag.state.mn.us

Attorneys for the State of Minnesota

BRIAN SCHWALB  
Attorney General of the District of Columbia

CAROLINE S. VAN ZILE  
Solicitor General

ASHWIN P. PHATAK  
Principal Deputy Solicitor General

ANNE DENG  
TESSA GELLERSON  
CHRIS EDWARD MENDEZ  
MARK A. RUCCI  
Assistant Attorneys General  
Office of the Attorney General for the District of Columbia  
400 6th Street N.W., 10th Floor  
Washington, D.C. 20001  
(202) 724-6609  
caroline.vanzile@dc.gov

Attorneys for the District of Columbia

</td><td>

ANTHONY G. BROWN  
Attorney General of Maryland

JULIA DOYLE  
Solicitor General

/s/ Virginia A. Williamson  
ADAM KIRSCHNER  
MICHAEL DREZNER  
VIRGINIA A. WILLIAMSON  
Assistant Attorneys General  
Office of the Attorney General  
200 St. Paul Place, 20th Floor  
Baltimore, Maryland 21202  
(410) 576-6584  
(410) 576-6437 (facsimile)  
vwilliamson@oag.state.md.us

Attorneys for the State of Maryland

KRISTIN K. MAYES  
Attorney General of Arizona

HAYLEIGH S. CRAWFORD  
Deputy Solicitor General  
2005 North Central Avenue  
Phoenix, Arizona 85004  
(602) 542-3333  
Hayleigh.Crawford@azag.gov  
ACL@azag.gov

Attorneys for the State of Arizona

</td></tr>
</table>

3

| | |
|---|---|
| Rob Bonta<br>Attorney General of California<br><br>Satoshi Yanai<br>Senior Assistant Attorney General<br>Miranda Maison<br>Supervising Deputy Attorney General<br>Demian Camacho<br>Deputy Attorney General<br>California Department of Justice<br>600 W. Broadway, Suite 1800<br>San Diego, CA 92101<br>(619) 738-9132<br>Demian.Camacho@doj.ca.gov<br><br>Attorneys for the State of California | Phil Weiser<br>Attorney General of Colorado<br><br>David Moskowitz<br>Deputy Solicitor General<br>Office of the Colorado Attorney General<br>1300 Broadway, #10<br>Denver, Colorado 80203<br>(720) 508-6000<br>David.Moskowitz@coag.gov<br><br>Attorneys for the State of Colorado |
| William Tong<br>Attorney General of Connecticut<br><br>Michael Skold<br>Solicitor General<br>165 Capitol Avenue<br>Hartford, Connecticut 06106<br> (860) 808 5020<br>michael.skold@ct.gov<br><br>Attorneys for the State of Connecticut | Kathleen Jennings<br>Attorney General of Delaware<br><br>Ian R. Liston<br>Director of Impact Litigation<br><br>Vanessa L. Kassab<br>Deputy Attorney General<br>Delaware Department of Justice<br>820 N. French Street<br>Wilmington, Delaware 19801<br>(302) 683-8899<br>vanessa.kassab@delaware.gov<br><br>Attorneys for the State of Delaware |
| Anne E. Lopez<br>Attorney General of Hawaiʻi<br><br>Kalikoʻonālani D. Fernandes<br>Solicitor General<br>425 Queen Street<br>Honolulu, Hawaiʻi 96813<br>(808) 586-1360<br>kaliko.d.fernandes@hawaii.gov<br><br>Attorneys for the State of Hawaiʻi | |

ANDREA JOY CAMPBELL
Attorney General of Massachusetts

KATHERINE DIRKS
Chief State Trial Counsel
Office of the Attorney General
1 Ashburton Pl.
Boston, Massachusetts 02108
(617) 963-2277
katherine.dirks@mass.gov

Attorneys for the Commonwealth of Massachusetts

AARON D. FORD
Attorney General of Nevada

HEIDI PARRY STERN
Solicitor General
Office of the Nevada Attorney General
1 State of Nevada Way, Ste. 100
Las Vegas, Nevada 89119
HStern@ag.nv.gov

Attorneys for the State of Nevada

RAÚL TORREZ
Attorney General of New Mexico

ANJANA SAMANT
Deputy Counsel for Impact Litigation
New Mexico Department of Justice
408 Galisteo St.
Santa Fe, New Mexico 87501
(505) 490-4060
asamant@nmdoj.gov

Attorneys for the State of New Mexico

KWAME RAOUL
Attorney General of Illinois

JANE ELINOR NOTZ
Solicitor General

SARAH A. HUNGER
Deputy Solicitor General
Office of the Illinois Attorney General
115 South LaSalle Street
Chicago, Illinois 60603
(312) 814-5202
sarah.hunger@ilag.gov

Attorneys for the State of Illinois

DANA NESSEL
Attorney General of Michigan

BRYAN DAVIS, JR.
DEBBIE TAYLOR
Assistant Attorneys General
Department of Attorney General
Labor Division
3030 W. Grand Blvd., Ste. 9-600
Detroit, Michigan 48202
davisb47@michigan.gov
taylord8@michigan.gov
(313) 456-2200

Attorneys for the State of Michigan

DAN RAYFIELD  
Attorney General of Oregon

STACY M. CHAFFIN  
Senior Assistant Attorney General  
1162 Court Street NE  
Salem, Oregon 97301  
Stacy.Chaffin@doj.oregon.gov

Attorneys for the State of Oregon

CHARITY R. CLARK  
Attorney General of Vermont

JONATHAN T. ROSE  
Solicitor General  
109 State Street  
Montpelier, Vermont 05609  
(802) 828-3171  
Jonathan.rose@vermont.gov

Attorneys for the State of Vermont

JOSHUA L. KAUL  
Attorney General of Wisconsin

BRIAN P. KEENAN  
Assistant Attorney General  
Wisconsin Department of Justice  
Post Office Box 7857  
Madison, Wisconsin 53707-7857  
(608) 266-0020  
(608) 294-2907 (Fax)  
keenanbp@doj.state.wi.us

Attorneys for the State of Wisconsin

MATTHEW J. PLATKIN  
Attorney General of New Jersey

NATHANIEL LEVY  
Deputy Attorney General  
25 Market Street  
Trenton, New Jersey 08625  
Phone: (862) 350-5800  
Nathaniel.Levy@njoag.gov

Attorneys for the State of New Jersey

LETITIA JAMES  
Attorney General of New York

MARK S. GRUBE  
Senior Assistant Solicitor General  
New York Office of the Attorney General  
28 Liberty St.  
New York, New York 10005  
(212) 416-8028  
mark.grube@ag.ny.gov

Attorneys for the State of New York

PETER F. NERONHA  
Attorney General of Rhode Island

NATALYA A. BUCKLER  
Assistant Attorney General  
150 South Main Street  
Providence, Rhode Island 02903  
(401) 274-4400, Ext. 2022  
nbuckler@riag.ri.gov

Attorneys for the State of Rhode Island

## CERTIFICATE OF COMPLIANCE

1. This document complies with the type-volume limitations of Fed. R. App. P. 27(d)(2)(A) because the motion contains 305 words, excluding the parts of the document exempted by Fed. R. App. P. 32(f).

2. This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because the motion has been prepared in a 14-point proportionally spaced typeface, Times New Roman, using Microsoft Word.

/s/ *Virginia A. Williamson*
Virginia A. Williamson

## CERTIFICATE OF SERVICE

I certify that on this 9th day of April, 2025, the foregoing Emergency Motion for Administrative Stay was filed electronically and served on counsel of record who are registered CM/ECF users.

/s/ *Virginia A. Williamson*
Virginia A. Williamson