**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**

1100 East Main Street, Suite 501, Richmond, Virginia 23219

April 10, 2025

_____

NOTICE

_____

No.  25-1248 (L), <u>State of Maryland v. USDA</u>
          1:25-cv-00748-JKB

TO:    David  Moskowitz

A change has been made to your contact information in the clerk's office. These changes must also be made to your upgraded PACER account by logging into PACER, selecting manage my account, and then the maintenance tab.

Jeffrey S. Neal, Deputy Clerk
804-916-2702