## FOURTH CIRCUIT ORAL ARGUMENT ACKNOWLEDGMENT

This **Oral Argument Acknowledgment** form is to be completed and filed by arguing counsel within 7 days of the Oral Argument Notification. In criminal cases, counsel appearing for a defendant but not arguing must also file this form.

Case Number: **25-1248**     Date of Oral Argument: **05/06/25**

Caption: **Maryland, et al. v. U.S. Dep't of Agriculture, et al.**

Attorney Arguing: **Sarah Welch**

Arguing on Behalf of (party name):
**U.S. Dep't of Agriculture, et al. (all appellants)**

Select party type:
☑ Appellant  ☐ Appellee  ☐ Appellant/Cross-Appellee  ☐ Appellee/Cross-Appellant  ☐ Amicus  ☐ Intervenor

Attorney Appearing for Defendant but **Not Arguing** in Consolidated Criminal Case:

**Argument Time:** Please indicate how much argument time you wish to use. You may thereafter change your requested time or change counsel arguing by filing a new **Oral argument acknowledgment** form and selecting "Amended" within the entry. Counsel arguing the case must be admitted to the Fourth Circuit, file an appearance of counsel form, and file this acknowledgment form.
   →20 minutes of argument time are allotted per side; all parties to a side must share oral argument time
   →Appellants and cross-appellants may reserve up to 1/3 of their time for rebuttal (7 out of 20 minutes)

First Attorney Arguing Per Side: **Sarah Welch**
Phone Number (day of argument): **(202) 880-3827**

Principal Argument Time: **15**      Rebuttal Argument Time (if any): **5**
(for appellants and appellees)       (appellants and cross-appellants only)

Any Second Attorney Sharing Arguing Time:
Phone Number (day of argument):

Principal Argument Time:              Rebuttal Argument Time (if any):
(for appellants and appellees)        (appellants and cross-appellants only)

Any Counsel for Amicus Participating in Argument by Leave of Court:

Phone Number (day of argument):

Argument Time:        Select one of the following: ☐ Order allowing argument time
                                                    ☐ Court-Appointed Amicus

Signature: **/s/ Sarah Welch**      Date: **04/15/25**

12/01/2024 NA