# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

April 29, 2025

_____

DOCKET CORRECTION NOTICE

_____

No. 25-1248 (L), <u>State of Maryland v. USDA</u>
              1:25-cv-00748-JKB

TO: Appellants

FILING CORRECTION DUE: April 29, 2025

Please make the correction identified below and file a corrected document by the date indicated.

---

**[X]** Incorrect event used. All briefs must be filed using the **BRIEF** entry. Please refile the reply brief using the **BRIEF** entry and select reply as the modifier.

Jeffrey S. Neal, Deputy Clerk
804-916-2702